989 So.2d 85 (2008)
HILL FARMS TRUCKING
v.
COLE CONSTRUCTION, Two Pines Mobile Home Park, MMR Group, Inc., and Fluor Daniel.
No. 2008-CC-1683.
Supreme Court of Louisiana.
August 27, 2008.
In re Daniel, Fluor a/k/a; Fluor Enterprises Inc.;  Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. L, No. 07-03239; to the Court of Appeal, Fourth Circuit, No. 2008-C-0671.
Denied.
VICTORY, J., would grant.